ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON✣PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING JUAREZ, as Wrongful Death Heir, and as Successor-in-Interest to ALBERT JUAREZ, SR., Deceased, and ALBERT JUAREZ, JR., as Legal Heirs of ALBERT JUAREZ, SR., Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>Defendants. | Case No. 4:11-cv-1753-PJH<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER**<br><br>This document relates to:<br><br>*Irving Juarez, et al. v General Electric Company, et al.*, United States District, Eastern District of Pennsylvania, Case No. 2:11-cv-63925-ER |

The parties request this Court dismiss defendant GENERAL ELECTRIC COMPANY from this action without prejudice. Each party to bear its own fees and costs.

///
///
///
///
///

1
REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER, Case No. 4:11-cv-1753-PJH

1  Dated: August 10, 2012                    BRAYTON❖PURCELL LLP

         By: s/ David R. Donadio
         DAVID R. DONADIO, ESQ., CA S.B. #154436
         Email: DDonadio@braytonlaw.com
         Tel: (415) 898-1555
         Fax: (415) 898-1247
         Attorneys for Plaintiffs

10 Dated: 8/14/12                            WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

         By: /s/ Derek S. Johnson
         DEREK S. JOHNSON
         Attorneys for Defendant
         GENERAL ELECTRIC COMPANY

18 Dated: 8/20/12                            SO ORDERED:

         IT IS SO ORDERED
         [signature]
         Judge Phyllis J. Hamilton
         UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA