ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING JUAREZ, as Wrongful Death Heir, and as Successor-in-Interest to ALBERT JUAREZ, SR., Deceased, and ALBERT JUAREZ, JR., as Legal Heirs of ALBERT JUAREZ, SR., Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>Defendants. | Case No. 4:11-cv-1753-PJH<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION, WITHOUT PREJUDICE; ORDER**<br><br>This document relates to:<br><br>*Irving Juarez, et al. v General Electric Company, et al.,* United States District, Eastern District of Pennsylvania, Case No. 2:11-cv-63925-ER |

The parties request this Court dismiss defendant CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION from this action without prejudice. Each party to bear its own fees and costs.

///

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1  Dated: August 16, 2012

BRAYTON❖PURCELL LLP

By:s/ David R. Donadio
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
Tel: (415) 898-1555
Fax: (415) 898-1247
Attorneys for Plaintiffs

Dated: 8/16/12

POND NORTH LLP

By: _____
Kevin D. Jamison
Attorneys for Defendant
CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION

Dated: 8/20/12

SO ORDERED

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REQUEST FOR DISMISSAL OF DEFENDANT CBS CORPORATION, WITHOUT PREJUDICE; ORDER,
Case No. 4:11-cv-1753-PJH

2