ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff
admitted *Pro Hac Vice*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875<br>No. 4:11-cv-01753-PJH |
| IRVING JUAREZ, as Wrongful Death Heir, and as Successor-in-Interest to ALBERT JUAREZ, SR., Deceased, and ALBERT JUAREZ, JR., as Legal Heirs of ALBERT JUAREZ, SR., Deceased,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>　　　　Defendants. | **PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER**<br><br><br>This document relates to:<br><br>*Irving Juarez, et al. v General Electric Company, et al.*, United States District, Eastern District of Pennsylvania, Case No. 2:11-cv-63925-ER |

///
///
///
///

1
PLAINTIFF IRVING JUAREZ'S'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER, Case  No. 4:11-cv-01753-PJH

Plaintiff hereby dismiss the above-captioned action against all Defendants, without prejudice.

Dated: August 20, 2012

BRAYTON❖PURCELL LLP

By: s/ David R. Donadio
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
Tel: (415) 898-1555
Fax: (415)898-1247
Attorneys for Plaintiff

IT IS SO ORDERED:

Dated: 8/21/12

_____
IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
PLAINTIFF IRVING JUAREZ'S'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER, Case No. 4:11-cv-01753-PJH